**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    WILLIE WEAVER,                          )
                                              )        No. C 07-05514 JW (PR)
12                   Plaintiff,               )
                                              )        JUDGMENT
13       vs.                                  )
                                              )
14    PELICAN BAY STATE PRISON, et            )
      al.,                                    )
15                   Defendants.              )
                                              )
16    _____

17

18            Plaintiff, a state prisoner, filed a <u>pro</u> <u>se</u> civil rights complaint pursuant to 42

19    U.S.C. § 1983.  On January 18, 2008, the Court denied plaintiff's request to proceed

20    <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to pay the

21    full filing fee within thirty days from the date the order was filed, *i.e.*, no later than

22    February 17, 2008.  Plaintiff was advised that failure to pay the full filing fee in the

23    time provided would result in the dismissal of the action without prejudice.

24            The deadline has since passed, and plaintiff has not paid the full filing fee.

25    This case is DISMISSED without prejudice.  Judgment is entered accordingly.

26

27    DATED:  February 22, 2008          _____
                                          JAMES WARE
28                                        United States District Judge

      Judgment
      G:\PRO-SE\SJ.JW\CR.07\Weaver05514_judgment.wpd