03/23/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

FILED
09 MAR 28 PM 12:57
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

    DEFENDANT(S)

CASE NO. CV-07-05514 JW (PR)

MOTION TO VACATE JUDGEMENT

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK)

PLAINTIFF MOVE IN THIS COURT FOR AN ORDER PURSUANT TO RULE 59(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE VACATING THE JUDGEMENT OF THIS COURT. THIS MOTION IS BASED ON THE PAPERS AND FILES IN THIS MATTER.

RESPECTIBLE SUBMITTED
_Willie Weaver_
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING BE TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
           PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,
           DEFENDANT(S),

CASE NO. CV-07-05514 JW (PR)

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON, 03/23/08, I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION FOR TO VACATE JUDGEMENT

by PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE

03/23/08
WILLIE WEAVER
J-91389  B-2-210
PELICAN BAY STATE
PRISON  P.O. BOX 7000
CRESCENT CITY, CA.
  95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
        PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

        DEFENDANT(S).

CASE NO. CV-07-05514 JW (PR)

MOTION TO VACATE JUDGEMENT

YOUR HONORABLE JUDGE; OFFICE OF THE CLERK;

PLAINTIFF MOVE IN THIS COURT FOR AN ORDER PURSUANT TO RULE 59(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE VACATING THE JUDGEMENT OF THIS COURT, THIS MOTION IS BASED ON THE PAPERS AND FILES IN THIS MATTER.

                RESPECTIBLE SUBMITTED
                Willie Weaver
                     SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING BE TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
            PLAINTIFF,

VS.

PELICAN BAY STATE PRISON
            DEFENDANT(S),

CASE NO. CV-07-05514 JW (PR)

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON: 03/23/08, I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION FOR TO VACATE JUDGEMENT

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) CLERK; UNITED STATES OFFICE OF THE DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

                                    Willie Weaver
                                    SIGNATURE

03/23/08
WILLIE WEAVER
J-91389  B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER
  PLAINTIFF,

VS.

PELICAN BAY STATE
PRISON,

  DEFENDANT(S),

CASE NO. CV-07-05514
JW (PR)

MOTION TO VACATE
JUDGEMENT

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

PLAINTIFF MOVE IN THIS COURT FOR AN ORDER PURSUANT TO RULE 59(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE VACATING THE JUDGEMENT OF THIS COURT. THIS MOTION IS BASED ON THE PAPERS AND FILES IN THIS MATTER.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PURJURY THAT THE FORGOING BE TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,
DEFENDANT(S),

CASE NO. CV-07-05514 JW (PR)

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON: 03/23/08 I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION FOR TO VACATE JUDGEMENT

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE

